## Paczkoskie, Appellant, *v.* Ulrich.

Submitted March 23, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Peter Krehel,* for appellant.

*F. W. Rice,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Order affirmed.